

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**BETTY LOU DAVIS**                                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:06CV78-DCB-JMR**

**TRACE HOUSE RESIDENTIAL LIVING**                              **DEFENDANTS**
**FACILITY; SOUTHWEST MISSISSIPPI**
**MENTAL HEALTH COMPLEX, as an**
**agency of the Mississippi Department of**
**Mental Health, CHERYL BOWLES, and**
**JACQUELINE CARRENA**


## AGREED ORDER TO AMEND STYLE OF THE CASE

This date this cause came before the Court on the parties joint motion to amend the style of the case to omit reference to the Mississippi Department of Mental Health. The Court, being fully advised of the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that:

1.    The style of the case is hereby amended to read *"Betty Lou Davis versus Trace House Residential Living Facility; Southwest Mississippi Mental Health Complex; Cheryl Bowles; and Jacqueline Carrena,"* thereby omitting the phrase *"as an agency of the Mississippi Department of Mental Health."*

2.    The Mississippi Department of Mental Health is hereby dismissed from this action to the extent that it is or has been deemed a properly named Defendant.

SO ORDERED, this _____ day of _____ , 2006.


_____
United States Magistrate Judge


51957.1

SO AGREED:

Angela      ler
Miller & Miller
P.O. Box 1303
McComb,   MS   39648-1303
Telephone:   601-249-0017
Facsimile:   601-249-0598
Attorney for Plaintiff

Armin J. Moeller, Jr. (3399)
Heather White Martin (101601)
BALCH & BINGHAM LLP
401 East Capitol Street, Suite 200
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
Attorneys for Defendants