IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BETTY LOU DAVIS**                                                           PLAINTIFF

VS                                      CIVIL ACTION NO. 5:06cv78-DCB-JMR

**TRACE HOUSE RESIDENTIAL LIVING**                               DEFENDANTS
**FACILITY, SOUTHWEST MISSISSIPPI**
**MENTAL HEALTH COMPLEX**
**CHERYL BOWLES**
**JACQUELINE CARRENA**

FILED DEC 14 2007, J. T. NOBLIN, CLERK

## AGREED ORDER OF DISMISSAL

This cause having come on for hearing on joint motion of plaintiff, and separate defendants, Cheryl Bowles and Jacqueline Carrena and the court being advised of the premises herein finds that said Motion is well taken and should be granted.

The Court therefore finds that the parties have reached a settlement of this matter and this cause and all claims contained therein are hereby dismissed with prejudice.

SO ORDERED, this the 12 day of December, 2007.

_____
DISTRICT COURT JUDGE

AGREED TO:

_____
Anglenetta Miller, Esq. (8398)
Miller & Miller
116 Fifth Avenue
McComb, MS 39649
Attorney for Plaintiff

_____
Alan C. Goodman (9494)
Ungarino & Eckert
1080 River Oaks Drive, Ste. B-201
Jackson, MS 39232
Attorney for Cheryl Bowles and
Jacqueline Carrena